UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC CHATMAN,<br><br>                          Plaintiff,<br>    v.<br><br>CEASARS PALACE, *et al.*,<br><br>                        Defendants. | Case No. 2:18-cv-01256-RFB-VCF<br><br>**ORDER** |

       Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Ferenbach, United States Magistrate Judge, entered July 27, 2018.

       A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see* also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by August 10, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1     IT IS THEREFORE ORDERED that the Report and Recommendation (ECF No. 3) is
2  ACCEPTED and ADOPTED in full.
3     IT IS FURTHER ORDERED that the Clerk of the Court shall file the Complaint.
4     IT IS FURTHER ORDERD that the Clerk of the Court is directed NOT to issue summons
5  on the complaint.
6     IT IS FURTHER ORDERED that Plaintiff's case is DISMISSED with prejudice and
7  judgment entered, accordingly.
8     The Clerk of Court is directed to serve a copy of this Order upon Plaintiff

10    DATED this 28th day of August, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE